IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES MURRAY, #101186,          *

PLAINTIFF,                      *   CIVIL ACTION NO. 2:07-CV-108-MEF

VS.                             *

RICHARD ALLEN, et al.,          *

DEFENDANTS                      *

                                *

### MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

Comes now, the plaintiff, James Murray, pro se, do humbly request that this honorable court will dismiss the above cited case number without prejudice.

                                    RESPECTFULLY SUBMITTED

                                    _____
                                    JAMES MURRAH #101186


DONE THIS THE __15__ DAY OF _February_ 2007.

JAMES MURRAH
A.I.S. # 101186
FOUNTAIN 3800
ATMORE, AL. 36503

LEGAL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711