IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CATHRYN D. FLINN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07CV108-CSC |
| ) | |
| MICHAEL W. FLINN, *et al.*, ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

On May 13, 2008, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before May 28, 2008, the parties shall file a joint stipulation for dismissal.

Done this 14th day of May, 2008.

       /s/Charles S. Coody
   CHARLES S. COODY
   UNITED STATES MAGISTRATE JUDGE